BRADLEY H. B. HONAN ET AL. *v.*
MILTON BURTON ET AL.*

The plaintiffs' petition for certification for appeal from the Appellate Court, 36 Conn. App. 944 (AC 13017), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly affirm the judgment of nonsuit rendered by the trial court?"

The Supreme Court docket number is SC 15215.

*Nancy Burton,* in support of the petition.

Decided March 9, 1995

TERRY K. BUSHY ET AL. *v.* GEORGE E. FORSTER ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 12729) is granted, limited to the following issue:

"Was the Appellate Court correct in dismissing the plaintiffs' appeal for lack of a final judgment as to the defendant George Forster when judgment was entered in favor of the defendant George Forster against the plaintiffs because the case is still pending against the defendant Judith Forster?"

The Supreme Court docket number is SC 15227.

*Herbert Watstein,* in support of the petition.

Decided March 23, 1995